3 2 1 0  0 1 0 0 0 1 0 1 0 1 0 1 0 1